IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 11  PM 3: 01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| LATOSHA ROBINSON and DEMARKUS TAYLOR, individually, and as co-administrators for the estate of BRAYNA ROBINSON, a minor child<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | No. 03-2204-D-An |
| SANDRA GORDON as Natural Mother and Next of Kim of JERRY LEWIS McCRAY, III, a minor, and MARCQUON McCRAY, deceased<br><br>Plaintiffs,<br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant | No. 04-2819-D-An |

### AMENDED SCHEDULING ORDER

The parties having come before this Court to amend the Scheduling Order, and good cause for an extension of the discovery period having been shown, the Scheduling Order is amended as follows:

    JOINING PARTIES:
        for Plaintiff:    May 1, 2005
        for Defendant:  May 1, 2005

M CDG 904756 v1
2824771-000393 09/30/05


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-12-05



AMENDING PLEADINGS:
    for Plaintiff:    August 1, 2005
    for Defendant:    August 1, 2005

COMPLETING ALL DISCOVERY:

(a) REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:    October 31, 2005

(b) EXPERT DISCLOSURE (Rule 26(a)(2)):
(i) Plaintiff's Experts: November 30, 2005
(ii) Defendant's Experts: December 30, 2005
(iii) Supplementation under Rule 26(e): January 15, 2005

(c) DEPOSITIONS OF EXPERTS: February 28, 2006

FILING DISPOSITIVE MOTIONS: March 31, 2006

FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):

(a) for Plaintiff: 45 days prior to trial

(b) for Defendant: 30 days prior to that

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last 10 days. The presiding judge will set this matter for JURY TRIAL. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

OTHER RELEVANT MATTERS:

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(l)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

2

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

***<u>The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery.</u>***

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

This ___8th___ day of ___October___, 2005.

_____

Date: _____

M CDG 904756 v1
2824771-000393 09/30/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02819 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Chad D. Graddy
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Kathryn W. Olita
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Bobby F. Martin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT