IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 15 PM 4: 40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SANDRA GORDON as Natural Mother and Next of Kin of JERRY LOUIS MCCRAY, III, a minor, and MARCQUON MCCRAY, deceased,

    Plaintiff,

vs.

FORD MOTOR COMPANY, A DELAWARE CORPORATION,

    Defendant.

Docket No. 04-2819 D - P

---

## ORDER APPROVING SETTLEMENT AGREEMENT

Presently before the Court is Plaintiff's Motion to Approve Settlement Agreement, and the Court having considered same, is of the opinion that the motion should be granted. After hearing the terms of the settlement agreement agreed to by Plaintiff, the Court is of the opinion that the settlement is fair and it is in the best interest of all parties involved for the Court to approve the settlement concerning the disputed tort claims raised in this action. The Court further finds that the attorneys' fees and expenses requested by counsel for Plaintiff are fair and hereby approves payment of the requested fees and expenses.

The Court therefore approves the settlement reached by Sandra Gordon as Natural Mother and Next of Kin of Jerry Louis Mccray, III, a minor, and Marcquon Mccray, deceased, whereby Ms. Gordon will receive on behalf of her minor child the gross amount

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

of $50,000.00, and will receive on behalf of her deceased child $50,000.00 to settle the disputed tort claims raised in this action. The Court further approves the payment of $33,333.33 to the law firms of Rosenblum & Reisman and Godwin, Morris, Laurenzi & Bloomfield as an attorneys' fee for this claim together with payment of $515.51 for expenses. The Court finds that the fee and expenses are reasonable and that Plaintiff Gordon agreed to compensate her attorneys in this regard from the outset of the case.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED.

_____
Judge Bernice Donald

_____
Date  November 15, 2005

Approved:

_____
Jeffrey S. Rosenblum, #13626
ROSENBLUM & REISMAN, PC
80 Monroe Avenue, Suite 950
Memphis, TN 38103
(901) 527-9600

_____
Bobby Martin
GODWIN, MORRIS, LAURENZI & BLOOMFIELD
50 North Front Street, Suite 800
Memphis, TN 38103
(901) 528-1702

2

_____
Chad Graddy
BAKER, DONELSON
125 Madison Avenue, #1900
Memphis TN 38103
(901) 259-7120

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02819 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Bobby F. Martin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Kathryn W. Olita
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Chad D. Graddy
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT