UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF TENNESSEE**

**WESTERN DIVISION**

FILED BY _____ D.C.

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D TN - MEMPHIS

| | |
|---|---|
| SANDRA GORDON as Natural Mother and Next of Kin of JERRY LOUIS MCCRAY, III, a minor, and MARCQUON MCCRAY, deceased | JUDGMENT IN A CIVIL CASE |
| v. | |
| FORD MOTOR COMPANY | CASE NO: 04-2819-D |

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order Approving Settlement Agreement entered on December 20, 2005, Judgment is entered in favor of the Plaintiff, Sandra Gordon, against Defendant, Ford Motor Company, in the gross amount of $50,000.00 on behalf of her minor child and the gross amount of $50,000.00 on behalf of her deceased child; this cause is hereby dismissed.

**APPROVED:**

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

_12-23-2005_
Date

THOMAS M. GOULD

Clerk of Court

(By)  Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02819 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Chad D. Graddy
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Kathryn W. Olita
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Bobby F. Martin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT